**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES EDWARD BLANCK,**

    **Plaintiff,**

-vs-                                 **Case No. 6:11-cv-293-Orl-28KRS**

**CITY OF ALTAMONTE SPRINGS, CITY OF LONGWOOD, KEVIN ACOSTA, in his individual and offical capacity, JAMES WOLFE, in his individual and offical capacity, JUSTIN LEMIEUX, in his individual and offical capacity, CARL RENTFRO, in his individual and official capacity, MICHELLE CHAPMAN, DANIEL SMITH, ALAN WILLIAMS, SHARON WILLIAMS, MARY MICHEL, LUIS GONZALEZ,**

    **Defendants.**
_____

## ORDER

This case is before the Court on Defendants Luis Gonzalez and Mary Michel's Motion and Memorandum for Rule 11 Sanctions (Doc. No. 76) filed July 8, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of Defendants Gonzalez and Michel's Objection to the Report and Recommendation (Doc. No. 92), the Objection is overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 9, 2011 (Doc. No. 88) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants Gonzalez and Michel's Motion for Rule 11 Sanctions is **DENIED**.

3. Judgment having been entered in favor of all Defendants (Doc. Nos. 83, 84), and there being no further pending issues, the Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___17th___ day of October, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge